IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATALIE WILSON                                                            PLAINTIFF

v.                      No. 3:10CV00277-JLH

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                     DEFENDANT

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

On this day, it is represented to the Court by counsel for plaintiff and defendant that the above cause has been settled and compromised and should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
Hon. J. Leon Holmes, U.S. District Court Judge

Date: _February 8, 2011_

**APPROVED AS TO FORM:**

LAW OFFICES OF MARK REES

By _____
      Attorneys for Plaintiff

CAHOON & SMITH

By _____
      Attorneys for Defendant